**Form 8**

FORM 8.  Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CarCheckup LLC _____  v. CarMD.com Corporation _____

No. 15-1033 _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:     CarCheckup LLC _____
                                          Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☐ Cross Appellant

☑ Appellant  ☐ Appellee  ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Kara L. Szpondowski |
| Law firm: | Niro, Haller & Niro |
| Address: | 181 W. Madison, Suite 4600 |
| City, State and ZIP: | Chicago, IL  60602 |
| Telephone: | (312) 236-0733 |
| Fax #: | (312) 236-1605 |
| E-mail address: | szpondowski@nshn.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 08/03/2007 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/23/2014 _____          Kara Szpondowski _____
Date                                          Signature of pro se or counsel

cc: _____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 23, 2014 the foregoing

### APPEARANCE OF KARA L. SZPONDOWSKI

was filed through the CM/ECF system, which will send a notice of electronic filing to counsel for all parties to the action who are registered in the CM/ECF system. A copy of the above mentioned document has also been served by email on the following counsel of record for CarMD.Com Corporation:

James Dimos
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, Indiana 46204-4236
(317) 237-3888
Fax: (317) 237-3900
Email: npappas@fbtlaw.com;
jdimos@fbtlaw.com

Jeffrey F. Kersting
Ann G. Schoen
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
(513) 651-6739
Fax: (513) 651-6981
Email: jkersting@fbtlaw.com;
aschoen@fbtlaw.com

*Attorneys for Defendants-Appellees
CarMD.com Corporation*

/s/ Kara L. Szpondowski
Attorneys for Plaintiff
NIRO, HALLER & NIRO